UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRRYE L. CALDWELL, | 1:04-cv-06113-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 17) |
| vs. | |
| ALAMEIDA, et al., | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 15) |
| Defendants. / | |

Plaintiff, Dirrye L. Caldwell ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 25, 2005, the Magistrate Judge filed a Report and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Report and Recommendation were to be filed within thirty (30) days. On April 8, 2005, plaintiff filed a request for extension of time. On April 12, 2005, the court granted plaintiff an additional thirty (30) days within which to respond. On May 17, 2005, the

1

order served on plaintiff was returned by the United States Postal Service. On May 18, 2005, the court re-served plaintiff with same. However, to date, plaintiff has not filed objections to the Magistrate Judge's Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Report and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed February 25, 2005, is ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed February 11, 2005, is DENIED.

The case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:  July 12, 2005**               /s/ Oliver W. Wanger
emm0d6                    UNITED STATES DISTRICT JUDGE

2