# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRRYE L. CALDWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEIDA, et. al.,<br><br>　　　　Defendants.<br>_____/ | CV F 04 6113 OWW SMS P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (Doc. 25.)<br><br>ORDER DISMISSING ACTION (Doc. 1.)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE PLAINTIFF AT ADDRESS LISTED ON MOTION FOR VOLUNTARY DISMISSAL |

　Dirrye L. Caldwell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　On August 31, 2005, Plaintiff moved for the voluntary dismissal of the instant action. Accordingly, the Court HEREBY ORDERS:

　　1.　Plaintiff's request is GRANTED;

　　2.　The instant action is DISMISSED;

　　3.　The Clerk of Court is DIRECTED to enter Judgment thereby terminating the action in its entirety;

1

4.    The Clerk of Court is DIRECTED to serve Plaintiff with a copy of this Order at the address listed in the upper lefthand corner of the Motion for Involuntary Dismissal (Doc. 25).[1]

IT IS SO ORDERED.

**Dated:   October 11, 2005**                    /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has not submitted the requisite change of address, however, the Court notes that the address listed on the pleading is different from that on record with the Court.  The Court will not change Plaintiff's address as no formal notice of change of address has been filed by Plaintiff.

2